IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| DARVON PETER SILVIERA; GAIL LYNN PALAUALELO, <br><br> Plaintiff(s), <br><br> vs. <br><br> BANK OF AMERICA, N.A., as Successor by Merger to BAC Home Loans Servicing; PETER T. STONE, # 2788; DEREK W. C. WONG, # 4155; STEVEN IDEMOTO, # 9013900 , <br><br> Defendant(s). | CV 17-00185 DKW-KJM <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed on November 16, 2017 and served on all parties on November 17, 2017, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and

Recommendation to Dismiss Case for Failure to Prosecute" are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: December 5, 2017 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
United States District Judge

---

*Darvon Peter Silviera, et al v. Bank of America, N.A., et al.*, Civil No. 17-00185 DKW KJM; **ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION**